No. 99–200. McClure et al. *v.* Amelkin et al. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Los Angeles Police Dept.* v. *United Reporting Publishing Corp., ante,* p. 32.

No. 99–6663. Cunningham *v.* Moreno. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* Justice Stevens dissents. See *id.,* at 4, and cases cited therein.

No. 99M47. Hou Hawaiians et al. *v.* Cayetano, Governor of Hawaii, et al. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 99M48. Sheppard *v.* Ohio. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 108, Orig. Nebraska *v.* Wyoming et al. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $84,772.75 for the period June 1 through December 1, 1999, to be paid as follows: 34% by Nebraska, 34% by Wyoming, 5% by Colorado, 24% by the United States, and 3% by Basin Electric Power Cooperative. [For earlier order herein, see, *e. g.,* 527 U. S. 1033.]

No. 98–1288. Village of Willowbrook et al. *v.* Olech. C. A. 7th Cir. [Certiorari granted, 527 U. S. 1067.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.